IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 11-cv-570

| RASHARD MENDENHALL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **NOTICE OF SELECTION OF** |
| | ) | **MEDIATOR** |
| v. | ) | |
| | ) | |
| HANESBRANDS, INC., | ) | |
| a Maryland corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SELECTION OF MEDIATOR

The Parties, by their respective attorneys, in accordance with the Court's June 4, 2012 Order, hereby give notice that they have selected Jonathan R. Harkavy as mediator in this action. Subject to approval by the Parties' representatives who will be attending the mediation, the mediation is scheduled to occur on September 27, 2012 or September 28, 2012.

DATED: June 25, 2012

Respectfully submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Steven J. Thompson<br>Steven J. Thompson<br>sjthompson@uhlaw.com<br>Richard H. Tilghman IV<br>rtilghman@uhlaw.com<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602<br>Telephone: 312-977-4400<br>Facsimile: 312-977-4405 | /s/ Brendan J. O'Rourke<br>Brendan J. O'Rourke<br>borourke@proskauer.com<br>Victoria L. Loughery<br>vloughery@proskauer.com<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>Telephone: 212-969-3000<br>Facsimile: 212-969-2900 |

2313334-1

| | |
|---|---|
| /s/ David W. Sar<br>David W. Sar<br>N.C. State Bar No. 23533<br>dsar@brookspierce.com<br>Eric M. David<br>N.C. State Bar No. 38118<br>edavid@brookspierce.com<br>BROOKS, PIERCE, MCLENDON,<br>  HUMPHREY & LEONARD, L.L.P.<br>230 North Elm Street, Suite 2000<br>Greensboro, NC 27401<br>Telephone: 336-373-8850<br>Facsimile: 336-278-1001 | /s/ John F. Morrow, Jr.<br>John F. Morrow, Jr.<br>jmorrow@wcsr.com<br>Womble Carlyle Sandridge & Rice<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Telephone: 336-721-3600<br>Facsimile: 336-721-3660 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record (set forth above) via electronic case filing procedures on June 25, 2012

/s/ Steven J. Thompson
Steven J. Thompson

2313334-1