# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

RASHARD MENDENHALL

    v.                                                                   Case Number: 1:11CV570

HANESBRANDS, INC.,
a Maryland Corporation

# NOTICE
==============

**TAKE NOTICE** that a **JURY TRIAL** has been **SET** in the above-referenced case for the **JULY MASTER CALENDAR TERM**. Said term shall begin on July 1, 2013 at a place to be determined at a later date at 9:30 a.m. and will continue until all of the cases on the calendar have been tried. **Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar.**

        PLACE:               **TO BE DETERMINED AT A LATER DATE.**
        DATE & TIME:     **July 1, 2013 - 9:30 a.m.**
        PROCEEDING:     **Jury Trial.**

A settlement conference in the above-referenced case will be set for a date approximately two weeks before the commencement of the Master Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein; **No later than June 10, 2013, unless directed to the contrary, each party shall file a trial brief, along with proposed instructions on the issues.**

_____

John S. Brubaker, Clerk

By: /s/ Donita M. Kemp, Deputy Clerk

Date: July 3, 2012

TO:    ALL COUNSEL OF RECORD