UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 11-cv-570

| | |
|---|---|
| RASHARD MENDENHALL,<br>Plaintiff,<br>v.<br>HANESBRANDS INC.<br>Defendant | **JOINT MOTION FOR ENTRY OF PROPOSED STIPULATED PROTECTIVE ORDER** |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW Plaintiff Rashard Mendenhall and Defendant Hanesbrands Inc. (collectively the "Parties") by and through their undersigned counsel of record and respectfully move this Court to enter the proposed Protective Order attached hereto as **Exhibit A**.

The Parties acknowledge and agree that discovery in the above-styled action will involve the production or disclosure of some documents, materials, information and/or testimony that may comprise confidential, proprietary, and/or trade secret information. Prior to filing this Motion, the Parties stipulated and agreed to the form and substance of a protective order regarding such information. Accordingly, the Parties respectfully request that this Court enter the proposed Protective Order attached hereto.

**Dated:** August 28, 2012

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Steven J. Thompson<br>Steven J. Thompson<br>sjthompson@uhlaw.com<br>Richard H. Tilghman IV<br>rtilghman@uhlaw.com<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602<br>Telephone: 312-977-4400<br>Facsimile: 312-977-4405<br><br>/s/ David W. Sar<br>David W. Sar<br>N.C. State Bar No. 23533<br>dsar@brookspierce.com<br>Eric M. David<br>N.C. State Bar No. 38118<br>edavid@brookspierce.com<br>BROOKS, PIERCE, MCLENDON,<br>  HUMPHREY & LEONARD, L.L.P.<br>230 North Elm Street, Suite 2000<br>Greensboro, NC 27401<br>Telephone: 336-373-8850<br>Facsimile: 336-278-1001 | /s/ Brendan J. O'Rourke<br>Brendan J. O'Rourke<br>borourke@proskauer.com<br>Victoria L. Loughery<br>vloughery@proskauer.com<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>Telephone: 212-969-3000<br>Facsimile: 212-969-2900<br><br>/s/ John F. Morrow, Jr.<br>John F. Morrow, Jr.<br>jmorrow@wcsr.com<br>Womble Carlyle Sandridge & Rice<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Telephone: 336-721-3600<br>Facsimile: 336-721-3660 |