# Hanes Drops Charlie Sheen Ads



Jan 6, 2010 09:18 PM ET
by **Kate Stanhope**

**Be the first to comment!**



Charlie Sheen

Charlie Sheen is no longer the best fit for Hanes.

The underwear and clothing company says they have severed their relationship with the *Two and a Half Men* star in light of his arrest over the holidays.

"Hanes is not running the Hanes television commercials featuring Charlie Sheen, and those commercials will not run again," Hanes spokesperson Matt Hall said in a statement. "The commercials were suspended effective Dec. 28, the first date possible after Mr. Sheen's Christmas Day arrest."

Charlie Sheen's twins to remain with wife

In the statement, Hall also said that a few print advertisements featuring the Emmy nominee are still scheduled to run this spring in trade publications due to production schedules.

Sheen, 44, was arrested Christmas Day and charged with second-degree assault, menacing and criminal mischief after allegedly assaulting wife Brooke. The couple have two children together, twins Bob and Max. Before his arrest, Sheen had appeared in commercials alongside longtime Hanes endorser Michael Jordan. Sheen first signed on as a spokesman for the company in March 2008.

Jon Cryer: Charlie Sheen is "solid as a rock" on-set after Christmas arrest

Sheen has since returned to the set of his hit CBS comedy and is due back in court Feb. 8.

Do you think Hanes did the right thing?

Case 1:11-cv-00570-JAB-LPA   Document 27-4   Filed 09/13/12   Page 1 of 1