# SHEEN'S 9/11 LIE CLAIMS
## GOSSIP OF THE DAY
By AskMen.com Editors
March 24 2006


Michael Caulfield / WireImage.com

Charlie Sheen has accused the US government of covering up the real events of September 11.

The heartthrob actor has revealed he doesn't believe the official account of the atrocity in 2001.

He told GGN Radio Network's 'The Alex Jones Show': "It seems to me like 19 amateurs with box-cutters taking over four commercial airliners and hitting 75 per cent of their targets feels like a conspiracy theory. It raises a lot of questions."

The actor also said he was suspicious about the cause of the Twin Towers collapse, saying it looked like a "controlled demolition".

The 'Two and a Half Men' star - who has two children with estranged wife Denise Richards - also reportedly questioned the way a plane managed to hit the Pentagon.

Sheen thinks the public need to uncover the real version of events for the sake of the victims and those who lost their loved ones.

He said: "It is up to us to reveal the truth. It is up to us because we owe it to the families, we owe it to the victims, we owe it to everyone's life that was drastically altered, horrifically, that day and forever.

"We owe it to them to uncover what happened."

http://www.askmen.com/celebs/entertainment-news/charlie-sheen/sheen-911-lie-claims.html