UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RASHARD MENDENHALL,<br><br>          Plaintiff,<br><br>   v.<br><br>HANESBRANDS INC.<br><br>          Defendant. | Civil Action No. 11-cv-570 |

**NOTICE OF APPEARANCE OF DAVID BOAZ**

David Boaz, of Womble Carlyle Sandridge & Rice, LLP, One West Fourth Street, Winston-Salem, North Carolina 27101, hereby gives notice of his appearance on behalf of the Plaintiff Hanesbrands Inc., in the above-referenced matter.

Respectfully submitted this the 14th day of November, 2012.

          /s/   David Boaz
          David Boaz (NCSB No. 44229)
          WOMBLE CARLYLE SANDRIDGE & RICE, LLP
          One West Fourth Street
          Winston-Salem, NC  27101
          Telephone:    336-721-3538
          Facsimile:     336-726-9020
          dboaz@wcsr.com

          *Attorney for the Plaintiff,*
          *Hanesbrands Inc.*

1

## **CERTIFICATE OF SERVICE**

I certify that on November 14, 2012, this document was electronically filed with the Clerk of Court using this Court's CM/ECF system, which will automatically deliver email notification of such filing to all counsel of record in this case.

/s/ David Boaz
David Boaz (NCSB No. 44229)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3538
Facsimile: 336-726-9020
dboaz@wcsr.com

*Attorney for the Plaintiff Hanesbrands Inc.*