UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 11-cv-570

| | |
|---|---|
| RASHARD MENDENHALL,<br>Plaintiff,<br>v.<br>HANESBRANDS INC.<br>Defendant. | **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, all attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed, with prejudice, without costs, expenses or fees to any party as against the other.

DATED: January 15, 2013

        For Plaintiff Rashard Mendenhall:

        /s/ Richard H. Tilghman IV
        Steven J. Thompson
        sjthompson@uhlaw.com
        Richard H. Tilghman IV
        rtilghman@uhlaw.com
        UNGARETTI & HARRIS LLP
        3500 Three First National Plaza
        Chicago, IL  60602
        Telephone: 312-977-4400
        Facsimile: 312-977-4405

David W. Sar
N.C. State Bar No. 23533
dsar@brookspierce.com
BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.
230 North Elm Street, Suite 2000
Greensboro, NC  27401
Telephone: 336-373-8850
Facsimile: 336-278-1001


For Defendant Hanesbrands, Inc.:

/s/ Brendan J. O'Rourke
Brendan J. O'Rourke*
borourke@proskauer.com
Victoria L. Loughery*
vloughery@proskauer.com
Proskauer Rose LLP
11 Times Square
New York, NY  10036
Telephone:  212-969-3000
Facsimile:   212-969-2900
*By Notice of Appearance*

John F. Morrow, Jr.
N.C. State Bar No. 23382
jmorrow@wcsr.com
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  336-721-3600
Facsimile:   336-721-3660

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record listed below via electronic case filing procedures and electronic mail on January 15, 2013.

David W. Sar
dsar@brookspierce.com

Eric David
edavid@brookspierce.com

David Rufus Boaz
dboaz@wcsr.com

Brendan J. O'Rourke
borourke@proskauer.com

Victoria L. Loughery
vloughery@proskauer.com

John F. Morrow, Jr.
jmorrow@wcsr.com

/s/ Richard H. Tilghman IV
Richard H. Tilghman IV